Angela Maria DOZIER, Plaintiff—
Appellant,

and

Sasha Angelica Dozier; Immanuel Angelo Dozier; Dozier's Logging; Shames Edresse Dozier; Mariek Vernell Dozier, Plaintiffs,

v.

FRANKLIN COUNTY GOVERNMENT; Wake County Government; Durham County Government; Vance County Government; Granville County Government; Warren County Government; North Carolina Department of Social Services; Franklin County Department of Social Services; Durham County Department of Social Services; Vance County Department of Social Services; Granville County Department of Social Services; Warren County Department of Social Services; Charles Draughn; Heather Watkins, Social Worker; Stephanie Roodhuyzen, Foster Parent; Paul Roodhuyzen, Foster Parent; Karen Troutner–Watkins, Child Care Coordinator; Randall Haupt, Transport Officer; Nikki Griffin, Director, Franklin County Department of Social Services; Velvet Newman–Purdue, Program Manager; Lisa Gant, Supervisor, Franklin County Department of Social Services; Jeanette Richardson; Becky Amstead, Psychiatrist, Franklin County Department of Mental Health; Susan Dietz, Vision Therapist; Staci Michaels, Feeding Therapist; Rick Mascardi, Occupational Therapist; Kelli Donahue, Physical Therapist; Ernestine Joyner; Thomas Clifton; Joanne Ayscue; Sharon Freedman; Robert Aiello, Doctor; Doctor St. Claire; Bill Malcolm; Anne Dautridge; Steven Hight; Phyllis Perry; David Guin; H.M. Edwards; E.H. Smith; Bobby Dickerson; Lynn Wilson; George Mcghee; Barbara Dickerson; Masa Reaves; Kim Faulkner, Defendants—Appellees.

No. 05–1222.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2005.

Decided May 27, 2005.

Angela Maria Dozier, Appellant pro se.

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Angela Maria Dozier appeals the district court's dismissal of her complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we affirm on the reasoning of the district court. *See Dozier v. Franklin County Gov't*, No. CA–04–847–5–FL (E.D.N.C. Feb. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the

decisional process. The motion to appoint counsel is denied.

*AFFIRMED*